IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00825-RPM

WESTERN WORLD INSURANCE COMPANY,

      Plaintiff,

v.

ELIZABETH S. PATERSON and
MARLENE BIZUB,

      Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **July 31, 2008, at 11:00 a.m.** in the

Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street,

Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of

Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx**

(Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions

(Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers

by **4:00 p.m. on July 24, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties

will be permitted to attend.

Dated: June 20th, 2008

                                                 BY THE COURT:

                                                 s/Richard P. Matsch

                                              _____

.                                               Richard P. Matsch, Senior District Judge