IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: July 31, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 08-cv-00825-RPM

| | |
|---|---|
| WESTERN WORL INSURANCE COMPANY, | Nancy L. Pearl |
| Plaintiff, | |
| v. | |
| ELIZABETH S. PATTERSON and | Patric J. LeHouillier |
| MARLENE BIZUB, | Philip W. Ogden |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**11:04 a.m.      Court in session.**

Discussion regarding the necessity of Marlene Bizub as a named defendant.
Mr. Ogden agrees Ms. Bizub will not garnish and will await the outcome of this case.
Counsel state Ms. Bizub will be deposed as a non party witness with representation.

**ORDERED:   Marlene Bizub dismissed.**

Mr. Ogden excused form remainder of the proceeding.

Court reviews proposed scheduling order and counsel answer questions.

Discussion regarding the El Paso County District Court Proceedings (Judgment and Appeal) and case facts.

Court suggest that the Bizub deposition may not be necessary.

**ORDERED:   Counsel will submit a revised scheduling order.**

**11:26 a.m.      Court in recess.**

Hearing concluded. Total time: 22 min.