IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 2008-CV-00825 RPM

WESTERN WORLD INSURANCE COMPANY,

    Plaintiff,
vs.

ELIZABETH S. PATERSON,

    Defendant.
And

ELIZABETH S. PATERSON,

    Counterclaim Plaintiff
vs.

WESTERN WORLD INSURANCE COMPANY,

    Counterclaim Defendant

---

**ORDER GRANTING STIPULATION FOR DISMISSAL OF ALL CLAIMS ASSERTED AND ENTIRE ACTION, WITH PREJUDICE**

---

Upon consideration of the Stipulation for Dismissal of All Claims Asserted and Entire Action, With Prejudice [10], it is

ORDERED that all claims for relief as asserted in the above-captioned action, and the entire action are hereby dismissed with Prejudice. Each party shall bear their own costs and attorneys' fees incurred in connection with the claims and defenses asserted in the above-captioned action.

DATED this 9th day of October, 2008.

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior Judge